IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>**DYLAN J. HANGER,** <br>[DOB: 11-28-1991] <br><br>　　　　Defendants. | **Case No.** 21-3054-01-CR-S-MDH <br><br>**COUNT 1** <br>18 U.S.C. § 1111 <br>NMT Life Imprisonment <br>NMT 5 Years Supervised Release <br>NMT $250,000 Fine <br>Class A Felony <br><br>**COUNT 2** <br>18 U.S.C. § 2261(a)(1) and (b)(1) <br>NMT Life Imprisonment <br>NMT 5 Years Supervised Release <br>NMT $250,000 Fine <br>Class A Felony <br><br>$100 Mandatory Special Assessment (each count) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
18 U.S.C. § 1111
Murder in the Second Degree
Within the Territorial Jurisdiction of the United States

On or about May 20, 2020, in the Western District of Missouri, the defendant **DYLAN J. HANGER,** on the premises of the Ozark National Scenic Riverways, a place within the special maritime and territorial jurisdiction of the United States as defined in Title 18, United States Code, Section 7(3), did, with malice aforethought, unlawfully kill Brittany Gorman, in violation of Title 18, United States Code, Section 1111.

**COUNT 2**
18 U.S.C. § 2261(a)(1) and (b)(1)
A Crime of Violence Resulting in the Death of One's Spouse
Within the Territorial Jurisdiction of the United States

On or about May 20, 2020, in the Western District of Missouri, the defendant, **DYLAN J. HANGER**, being present within the special maritime or territorial jurisdiction on the United States, as defined in Title 18, United States Code, Section 7(3), that being the Ozark National Scenic Riverways, with the intent to kill, injure, harass, or intimidate, Brittany Gorman, a spouse or intimate partner of said defendant, committed and attempted to commit second degree murder, a crime of violence, against Brittany Gorman, and the defendant's conduct resulted in the death of the victim, all in violation of Title 18, United States Code, Section 2261(a)(1) and (b)(1).

**A TRUE BILL**

*/s/ Kevin Elliott*
**FOREPERSON OF THE GRAND JURY**

*/s/ Josephine L. Stockard*
**Josephine L. Stockard**
Assistant United States Attorney

DATE:   5/5/2021