## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

### CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Texas / Southern

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Dylan J. Hanger

Alias Name:

Birth Date: 11/28/1991

**Related Case Information**

Superseding Indictment? ☐ Yes  ■ No  If yes, original case number:
New Defendant(s)? ■ Yes  ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Stockard, Josephine L.

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
■ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ■ Yes  ☐ No
**Warrant Required?** ■ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts  2

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:1111.F "MURDER, FIRST DEGREE" | 1 |
| 2 | 18:2261.F INTERSTATE DOMESTIC VIOLENCE | 2 |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 02/09/2021